Harvey S. Mars, Esq.
[HSM 6107]
Law Office of Harvey S. Mars LLC
322 West 48th Street
New York N.Y. 10036
(212) 765-4300

**Counsel for Plaintiff**



UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------x
LORI AMES, AS NATIONAL PRESIDENT
OF UNITED SERVICE WORKERS, IUJAT,

        Plaintiff,       CV 04-3491(Gleeson)

- against-

LOCAL 2, UNITED SERVICE WORKERS,
IUJAT,

        Defendant.
-----------------------------------------------------------x

### CONSENT ORDER AND JUDGMENT

     Whereas, an action was commenced against Local 2, United Service Workers, IUJAT ("Local 2") by Lori Ames, as National President of United Service Workers, IUJAT ("USW") seeking to confirm a voluntary trusteeship imposed on consent upon Local 2, as a subordinate local union of USW, such consent evidenced by Exhibit "A" attached hereto; and

     Whereas, the action further seeks an injunction imposing an injunction upholding the appointment of the Temporary Trustee, pursuant to provisions of the Labor Management Reporting and Disclosure Act, 29 USC 463 ("LMRDA"); and

     Whereas, Local 2 has consented to the Trusteeship by action of its Executive Board.

     Now Therefore It is Ordered and Adjudged that:

1.    The imposition of the Trusteeship by USW upon Local 2 is hereby confirmed and agreed to by the parties.

2.  Local 2 is, consistent with the provisions of LMRDA, is enjoined from interfering with the actions of the Trustee duly appointed by USW.

Agreed and Consented to:

United Service Workers
August 24, 2004

by: _Lori Ann Ames_
Lori Ames, National President

Local 2, USW, IUJAT
August 24, 2004

by: _[signature]_
Carlos Stuart, President

August __, 2004

So Ordered:

_____   9-1-04
U.S.D.J.

C:\L & M\Harvey\LaRuffa\CONSENTORDERANDJUDGMENTWhereas[1].wpd